No. 797, Misc. LEE *v.* WILSON, WARDEN. C. A. 9th Cir. Certiorari denied. 

No. 806, Misc. MATHIS *v.* WAINWRIGHT, CORRECTIONS DIRECTOR. Sup. Ct. Fla. Certiorari denied.

No. 809, Misc. D'ERCOLE *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *William C. Erbecker* for petitioner. *Solicitor General Marshall* for the United States.

No. 841, Misc. WARRINER *v.* FERRARO ET AL. Sup. Ct. Fla. Certiorari denied. Petitioner *pro se*. *Joseph Pardo, pro se,* and for respondents Goldman et al.

No. 366, October Term, 1965. McCULLOUGH TOOL Co. ET AL. *v.* WELL SURVEYS, INC., ET AL., 383 U. S. 933, 384 U. S. 947. Motion for leave to file second petition for rehearing denied.

No. 319. PITTSBURGH TOWING Co. *v.* MISSISSIPPI VALLEY BARGE LINE Co. ET AL., *ante,* p. 32;
No. 671, Misc. SPRY *v.* OBERHAUSER ET AL., *ante,* p. 940; and
No. 813, Misc. FURTAK *v.* MANCUSI, WARDEN, *ante,* p. 945. Petitions for rehearing denied.

No. 96, Misc. McCLELLAN *v.* HUSTON, *ante,* p. 13. Motion for leave to file petition for rehearing denied.

DECEMBER 16, 1966.

No. 859, Misc. CALLAS *v.* WASHINGTON. Sup. Ct. Wash. Petition for writ of certiorari dismissed pursuant to Rule 60 of the Rules of this Court.